IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Michael Devaughn Johnson,<br><br>  Petitioner,<br><br>v.<br><br>David Shinn, et al.,<br><br>  Respondents. | No. CV-22-01999-PHX-ROS<br><br>**ORDER** |

On October 12, 2023, Magistrate Judge Alison S. Bachus issued a Report and Recommendation ("R&R"). The R&R analyzes Petitioner Michael Devaughn Johnson's various claims and recommends the Court conclude he is not entitled to relief. (Doc. 16). Petitioner did not file any objections to the R&R. Therefore, the Court need not conduct a de novo review of any aspect of the R&R. The R&R will be adopted in full.

Accordingly,

**IT IS ORDERED** the Report and Recommendation (Doc. 16) is **ADOPTED IN FULL.** The petition for writ of habeas corpus (Doc. 1) is **DENIED** and this case is **DISMISSED WITH PREJUDICE**. The Clerk of Court shall enter judgment in favor of Respondents and close this case.

…

…

…

…

**IT IS FURTHER ORDERED** a Certificate of Appealability and leave to proceed in forma pauperis on appeal are **DENIED** because the dismissal of portions of the Petition is justified by a plain procedural bar and reasonable jurists would not find the ruling debatable, and because Petitioner has not made a substantial showing of the denial of a constitutional right.

Dated this 17th day of April, 2024.

Honorable Roslyn O. Silver
Senior United States District Judge